# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Aisha Davis and Dusean Davis         ,          Case No.  13 B 45286
                    Debtor

                                                       Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __70.25__         Check one  ☐ With the filing of the petition, or
                               ☒ On or before __12/20/13__

$ __70.25__  on or before __1/21/14__

$ __70.25__  on or before __2/20/14__

$ __70.25__  on or before __3/26/14__

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __3 DEC 2013__

_Eugene R. Wedoff_
United States Bankruptcy Judge